IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS,
ADC #161312                                                                                          PLAINTIFF

V.                              CASE NO. 5:17-CV-261-DPM-BD

JUSTINE MINOR, et al.                                                                        DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. Mr. Lewis has the right to file written objections to this Recommendation. Objections should be specific and should explain the factual or legal basis for the objection. To be considered, Mr. Lewis's objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Lewis may waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Jermain D. Lewis filed a notice of his change of address after he was released from prison. (Docket entry #21) Once prisoners are released from custody, it is necessary for the Court to determine whether they still qualify for *in forma pauperis* ("IFP") status.

To that end, the Court directed the Clerk of Court to send Mr. Lewis a non-prisoner application to proceed IFP and ordered Mr. Lewis to return the application to the court within 30 days of March 28, 2018. (#22) To date, he has failed to comply with the Court's March 28, 2018 Order, and the time for filing his application has passed. The Court specifically cautioned Mr. Lewis that his claims could be dismissed if he failed to comply with the Court's Order to file a new IFP application.

### III. Conclusion:

The Court recommends that Mr. Lewis's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 28, 2018 Order.

DATED this 1st day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE