# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERMAIN D. LEWIS**                                            **PLAINTIFF**

v.                    No. 5:17-cv-261-DPM

**JUSTINE MINOR**, Disciplinary Hearing
Officer; **KIMBERLY LUM**, Captain,
Delta Regional Unit; **COURTNEY**
**THROWER**, Lieutenant, Delta Regional
Unit; **GARY NALLS**, Disciplinary Officer,
Delta Regional Unit; and **STEVEN**
**RICKETTS**, Major, Delta Regional Unit          **DEFENDANTS**

## ORDER

Unopposed recommendation, № 23, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2018