# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERMAIN D. LEWIS**  PLAINTIFF

v.  No. 5:17-cv-261-DPM

**JUSTINE MINOR**, Disciplinary Hearing Officer; **KIMBERLY LUM**, Captain, Delta Regional Unit; **COURTNEY THROWER**, Lieutenant, Delta Regional Unit; **GARY NALLS**, Disciplinary Officer, Delta Regional Unit; and **STEVEN RICKETTS**, Major, Delta Regional Unit  DEFENDANTS

## JUDGMENT

Lewis's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 May 2018